IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :

　　　　v.　　　　　　　　　　　:　　CRIMINAL NO. 14-197

JAMES H. ENOWITCH              :

### WAIVER OF INDICTMENT UNDER FED. R. CRIM. P. 7(b)

Defendant JAMES H. ENOWITCH, accused of one count of Mail Fraud and Aiding and Abetting the Commission of Mail Fraud, in violation of Title 18 U.S.C. §§ 1341 and 2, and having been advised of the nature of the charges and of his rights, waives in open court prosecution by Indictment and consents to this prosecution proceeding by way of Information instead of by Indictment.

_____
JAMES H. ENOWITCH
Defendant

_____
ALAN J. TAUBER, ESQ.
Counsel for Defendant

_____
Witness

DATE: 1-17-14