IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: 05/20/2014 |
| v. | : | |
| | : | |
| JAMES H. ENOWITCH | : | |
| 21 Glenwood Terrance. | : | |
| Cromwell, CT 06416 | : | Criminal No. 14-197-01 |

      **TAKE NOTICE** that the above-entitled case has been set for **Sentencing** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **Wednesday, October 15, 2014** at **9:30 a.m.** before the **Honorable Robert F. Kelly, in Courtroom 11-B, 11th floor.**

      **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

      If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

NO  INTERPRETER REQUIRED
THIS PROCEEDING HAS BEEN RESCHEDULED FROM

                                               Very truly yours,

                                               /s/ Mark A. Rafferty
                                               Mark A. Rafferty
                                               Deputy Clerk to Judge Kelly

                                          Notice to:
                                          Defendant       (U.S. Mail)
                                          A. Tauber, Esq,    (email)
                                          M. Hogan, Esq,    (email)
                                          US Marshal      (email)
                                          Probation Office   (email)
                                          Pretrial Services  (email)
                                          Larry Bowman    (email)
                                          Probation Office   (email)

Cr 4 (rev. 8/97)